

# NUMBER 13-13-00408-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DANA BISHOP,** **Appellant,**

**v.**

**VRM (VENDOR RESOURCE MANAGEMENT DULY AUTHORIZED AGENT FOR THE SECRETARY OF VETERANS AFFAIRS),** **Appellee.**

---

## On appeal from the County Court at Law No. 4 of Williamson County, Texas.

---

# ORDER

## Before Chief Justice Valdez and Justices Rodriguez and Garza Order Per Curiam

Appellant's retained counsel, Penny Y. Haye, has filed a motion to withdraw as counsel. We GRANT said motion. Pursuant to Rule 6.5(c) of the Texas Rules of

Appellate Procedure, counsel is directed to notify appellant, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

Appellant is directed to notify the Court promptly if she retains new counsel on appeal by filing a notice including that attorney's name, mailing address, telephone number, facsimile number, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6. In the interim, the Court expects this appeal to proceed as per the appellate rules. Appellant is expected to comply with all applicable deadlines and filings should comply with the Texas Rules of Appellate Procedure.

It is so ORDERED.

PER CURIAM

Delivered and filed the
1st day of October, 2013.